

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00230-CV

CHARLOTTE SCOTT,

                                   **Appellant**

 v.

THE HOMEOWNER'S ASSOCIATION OF
SPRING CREEK, INC.,

                                   **Appellee**

### From the 443rd District Court
### Ellis County, Texas
### Trial Court No. 90918

## O R D E R

The Court has received the status report dated October 20, 2016 in response to the Court's October 7, 2016 correspondence.

The Court ORDERS the parties to continue settlement negotiations with the assistance of the mediator as described in the status report.

The Court ORDERS another status report to be filed by appellant within 21 days from the date of this order. If the parties have been unable to reach a settlement by that

date, the case will be reinstated on the Court's docket and the appellate timetable will be reactivated.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Order issued and filed November 2, 2016

